# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 12-128 (MJD/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| Felecia Thomas, | |
| Defendant. | |

John E. Kokkinen, Esq., and Lola Velazquez-Aguilu, Esq., United States Attorney's Office, counsel for Plaintiff.

James S. Becker, Esq., Office of the Federal Defender, counsel for Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 19, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HERERBY ORDERED** that:

1. Defendant's Pretrial Motion to Suppress Statements (Doc. No. 17), is **GRANTED**.

Date: 1-7-13

MICHAEL J. DAVIS
United States District Court